UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **ROBERT CARDWELL,** | ) | CASE NO. 1:18CV625 |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | <u>**ORDER**</u> |
| | ) | |
| **M & Y CARE, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

<u>**CHRISTOPHER A. BOYKO, J.:**</u>

This matter comes before the Court upon the Parties' Joint Motion (ECF DKT #8) for Approval of Settlement ("Joint Motion") pursuant to §16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b).

Having reviewed the Joint Motion, the Settlement Agreement and the filings in this action, and for good cause shown, the Court enters this Order approving the Settlement and Release as follows:

1. The captioned lawsuit asserts wage-and-hour claims under the FLSA, 29 U.S.C. § 201, *et seq.*, on behalf of Plaintiff Robert Cardwell.

2. The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under §16(b) of the FLSA, 29 U.S.C. § 216(b).

3. The Court approves the Settlement Agreement and orders that the Settlement be implemented according to the terms and conditions of the Agreement.

4. The captioned action is dismissed with prejudice.

5. The Court shall retain jurisdiction to effectuate the terms of the Settlement.

**IT IS SO ORDERED.**

                                             **s/ Christopher A. Boyko**
                                             **CHRISTOPHER A. BOYKO**
                                             **United States District Judge**

**Dated: June 21, 2018**